# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDER JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF KERN, et al., <br><br> Defendants. | Case No.: 1:17-cv-00748 - DAD - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED AUGUST 2, 2017 <br><br> (Doc. 7) |

On August 2, 2017, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to serve the summons and complaint and file proofs of service on the defendants or, in the alternative, to file proofs of service no later than August 11, 2017. (Doc. 7) On August 8, 2017, Plaintiff filed waivers of service executed by counsel for both defendants. (Docs. 8-9) Accordingly, the order to show cause dated August 2, 2017 is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **August 14, 2017**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1