# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDER JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF KERN, et al.<br><br>    Defendants. | Case No.: 1:17-cv-00748 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 24) |

The parties report they had come to terms of settlement conditioned upon approval by the Kern County Board of Supervisors. (Doc. 24) They indicate they will seek dismissal of the action 30 days if the approval is given. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than August 17, 2018**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

Dated:   **July 2, 2018**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE