# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDER JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF KERN; MICHAEL FLORES; AND DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 1:17-cv-0748-DAD- JLT <br><br> ORDER DIRECTING THE CLERK TO CLOSE THE ACTION <br><br> (Doc. 26) |

Michael Alexander Jackson, the County of Kern, and Michael Flores stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (*See* Doc. 26)

Because all parties signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **August 6, 2018**                **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE